IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT HURWITZ, on Behalf of Himself and All Others Similarly Situated, | ) Case No.: 1:15-cv-00711-MAK<br>)<br>) |
| Plaintiff, | ) CLASS ACTION |
| v. | )<br>) |
| ERIC MULLINS, CHARLES W. ADCOCK, JONATHAN C. FARBER, TOWNES G. PRESSLER, JR., JOHN A. BAILEY, JONATHAN P. CARROLL, SCOTT W. SMITH, RICHARD A. ROBERT, W. RICHARD ANDERSON, BRUCE W. MCCULLOUGH, and LOREN SINGLETARY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT**

Class Representative[1] Robert Hurwitz respectfully submits this Unopposed Motion for Preliminary Approval of Settlement ("Motion") and for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure providing for, among other things: (1) preliminary approval of the terms of the proposed Settlement as set forth in the Stipulation; (2) approval of the form and method for providing notice of the proposed Settlement and Settlement Hearing to the Class; and (3) setting a Settlement Hearing at which the Court will consider the request for final approval of: (a) the proposed Settlement set forth in the Stipulation, (b) the Plan of Allocation of settlement proceeds among Class Members, (c) Class Counsel's application for an award of attorneys' fees and expenses, and (d) Class Representative's request for an award to reflect the time and effort he has expended on behalf of the Class.

---

[1] All capitalized terms that are not defined herein have the same meanings as set forth in the Stipulation of Settlement (the "Stipulation") dated June 27, 2018 and filed herewith. D.I. 174.

The grounds for this Motion are set forth in the accompanying brief in support, the Stipulation and all exhibits filed concurrently herewith, the pleadings and records on file in this case, and such other matters as the Court may consider.

Pursuant to Local Rule 7.1.1, Lead Class Counsel conferred with counsel for Defendants. Defendants' counsel indicated that Defendants support the preliminary approval of the Settlement.

| | |
|---|---|
| Dated: June 27, 2018 | Respectfully submitted, |
| | **COOCH AND TAYLOR, P.A.** |
| | */s/ Blake A. Bennett* |
| | Blake A. Bennett (#5133) |
| | The Brandywine Building |
| | 1000 West Street, 10th Floor |
| **OF COUNSEL:** | Post Office Box 1680 |
| | Wilmington, DE 19899 |
| **ROBBINS ARROYO LLP** | Telephone: (302) 984-3800 |
| Brian J. Robbins | Facsimile: (302) 984-3939 |
| Stephen J. Oddo | bbennett@coochtaylor.com |
| Jenny L. Dixon | |
| Nichole T. Browning | *Liaison Counsel for Plaintiff* |
| David W. Uris | |
| Eric M. Carrino | |
| 600 B Street, Suite 1900 | |
| San Diego, CA 92101 | |
| Telephone: (619) 525-3900 | |
| Facsimile: (619) 525-3991 | |
| brobbins@robbinsarroyo.com | |
| soddo@robbinsarroyo.com | |
| jdixon@robbinsarroyo.com | |
| nbrowning@robbinsarroyo.com | |
| duris@robbinsarroyo.com | |
| ecarrino@robbinsarroyo.com | |

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, I electronically filed *Class Representative's Unopposed Motion for Preliminary Approval of Settlement* with the Clerk of Court using CM/ECF which will send notification of such filing to those registered as CM/ECF participants.

      */s/ Blake A. Bennett*
      Blake A. Bennett (#5133)

      *Attorneys for Class Representative*