IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT HURWITZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-711 |
| | : | |
| ERIC MULLINS, CHARLES W. ADCOCK, JONATHAN C. FARBER, TOWNES G. PRESSLER, JR., JOHN A. BAILEY, JONATHAN P. CARROLL, SCOTT W. SMITH, RICHARD A. ROBERT, W. RICHARD ANDERSON, BRUCE W. MCCULLOUGH, LOREN SINGLETARY | : | |

## ORDER

AND NOW, this 28th day of June 2018, upon preliminarily considering the Class Representative's unopposed Motion for preliminary approval of settlement (ECF Doc. No. 175), it is **ORDERED**:

1. We shall hold a hearing on the unopposed Motion for preliminary approval (ECF Doc. No. 175) on **Wednesday, July 18, 2018** at **12 NOON P.M. EST** in **Courtroom 6B**, United States Courthouse, 601 Market Street, Philadelphia, PA 19106[1]; and,

2. We **amend** the parties' prospective obligations under our August 2, 2017 and April 18, 2018 Orders (ECF Doc. Nos. 66, 163): obligations to exchange exhibit lists, pretrial memoranda, proposed jury instructions, proposed verdict forms, motions *in limine*, and proposed *voir dire* shall be filed, if necessary, on **July 20, 2018** with responses, if any, filed no later than **July 27, 2018**.

KEARNEY, J.

---

[1] National counsel may arrange with our Courtroom Deputy to appear by telephone so long as Delaware counsel is in the Courtroom.