IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT HURWITZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-711 |
| | : | |
| LRR ENERGY L.P., *et al* | : | |

## ORDER

**AND NOW**, this 12th day of July 2018, upon considering the Class Representative's Addendum to stipulation of settlement (ECF Doc. No. 182), unopposed Amended Motion for preliminary approval of settlement (ECF Doc. No. 183) and the Declaration of Stephen J. Oddo, Esq. (ECF Doc. No. 185), it is **ORDERED** the June 27, 2018 Motion for preliminary approval of settlement (ECF Doc. No. 175) is **DENIED as moot** and we shall consider the Amended Motion (ECF Doc. No. 183) in the scheduled July 18, 2018 preliminary approval hearing.

_____
KEARNEY, J.