IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT HURWITZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-711** |
| | : | |
| **ERIC MULLINS**, *et al.* | : | |

### ORDER

**AND NOW**, this 18th day of July 2018, consistent with the parties' agreements at today's noticed hearing on the Motion for preliminary approval of a class action settlement (ECF Doc. No. 183) and finding good cause under Fed. R. Civ. P. 1, it is **ORDERED**:

1. Plaintiff may file a supplement to the pending unopposed Motion for approval (ECF Doc. No. 183) with supporting materials no later than **July 25, 2018**;

2. We **amend** the parties' prospective obligations under our August 2, 2017 and April 18, 2018 Orders (ECF Doc. Nos. 66, 163):

    a. the parties shall exchange exhibit lists and file pretrial memoranda, proposed jury instructions, proposed verdict forms, motions *in limine*, and proposed *voir dire*, if necessary, on **January 7, 2019** with responses, if any, filed no later than **January 17, 2019**;

    b. We will hold a final pretrial conference on **January 25, 2019** at **12 Noon EST** in Courtroom 6B, United States Courthouse, 601 Market Street, Philadelphia, PA 19106; and,

    c. Trial counsel is attached for jury selection followed by a five day trial on **February 4, 2019** at **9:00 A.M.** in Courtroom 6B, United States Courthouse, 601 Market Street, Philadelphia, PA 19106 consistent with the consent provided at the August 2, 2017 pretrial conference.

KEARNEY, J.